JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Molly Grady,<br><br>            Plaintiff,<br><br>      v.<br><br>Flanagan, Lieberman, Hoffman & Swaim,<br><br>            Defendant(s). | SACV 11-00932 JVS (ANx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   August 17, 2011

_____
James V. Selna
United States District Judge